AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

| UNITED STATES OF AMERICA, | **APPEARANCE** |
|---|---|
| v. | **CASE NUMBER:** CR98-013(JAF) |
| **JUAN RAMOS-RIOS** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

  February 28th, 2007  
       *Date*

*s//Scott H. Anderson*  
**AUSA SCOTT H. ANDERSON**  
**USDC #20014**  
Torre Chardón, Room #1201  
350 Carlos Chardón Ave.  
San Juan, Puerto Rico 00918  
(787) 766-5656

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28th, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system.

*s//Scott H. Anderson*  
**AUSA SCOTT H. ANDERSON**  
**USDC #20014**  
Assistant U.S. Attorney